Yu.war

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 02 2005 *p*

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

05-00043

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. _____ |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| XIAN MEI YU, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that a Warrant for Arrest for the above-named defendant be issued and the defendant be arrested based on the United States' Application for a Warrant of Arrest.

DATED this 2 day of September, 2005.

S.J. oT

~~JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate Judge~~   S. James Otero
~~District Court of Guam~~
S. JAMES OTERO
District Judge