# UNITED STATES DISTRICT COURT

District of GUAM

U.S. MARSHALS GUAM RECEIVED -2 SEP 2005 14 00 01

UNITED STATES OF AMERICA

V.

XIAN MEI YU

## WARRANT FOR ARREST

Case Number: **MG-05-00043**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to **XIAN MEI YU**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment X Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**IMPROPER ENTRY BY ALIEN**

FILED
DISTRICT COURT OF GUAM
SEP -7 2005 9P
MARY L.M. MORAN
CLERK OF COURT

in violation of Title 8 United States Code, Section(s) 1325(a)(1) & (2)

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

LHernandez
Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**SEPTEMBER 2, 2005; HAGATNA, GUAM**
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at SIRENA PLAZA, AGANA, GUAM | | |
| DATE RECEIVED 9-7-05 | NAME AND TITLE OF ARRESTING OFFICER NICHOLAS E. HANEY, SA | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 9-7-05 | | |

ORIGINAL