```
                    IN THE DISTRICT COURT OF GUAM           FILED
                           TERRITORY OF GUAM         DISTRICT COURT OF GUAM
                       MAGISTRATE CRIMINAL MINUTES
                                                         SEP -8 2005 gp

                                                       MARY L.M. MORAN
                                                       CLERK OF COURT
```

CASE NO. MG-05-00043          DATE: 09/08/2005

**HON. S. JAMES OTERO, Designated Judge, Presiding**          Law Clerk: None Present
Court Recorder: Wanda M. Miles                                 Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:02:22 - 2:26:34             CSO: B. Pereda

************************** A P P E A R A N C E S **************************

**DEFT:** XIAN MEI YU                                **ATTY:** MARK SMITH
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON                     **AGENT:**

**U.S. PROBATION:** STEPHEN GUILLIOT                 **U.S. MARSHAL:** J. CURRY

**PROCEEDINGS:  INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: MARK SMITH, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: _____
(X) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANTS REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT  (X) INFORMATION  ( ) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY*  (X) *NOT GUILTY* - TO: CHARGES CONTAINED IN THE INFORMATION
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: : NOVEMBER 8, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Defense had nothing to offer.**