DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**XIAN MEI YU**,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 05-00043<br><br>O R D E R |

IT IS HEREBY ORDERED that **MARK SMITH** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to September 7, 2005.

Dated this 8th day of September, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　S. JAMES OTERO, Designated Judge
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM

ORIGINAL