# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Xian Mei Yu,<br><br>    Defendant. | Case No. 1:05-mj-00043<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order of Detention filed September 8, 2005**,* on the dates indicated below:

*U.S. Attorney's Office Mark Smith  U.S. Probation Office U.S. Marshal Service*
*September 9, 2005  September 12, 2005 September 9, 2005  September 9, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order of Detention filed September 8, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005         /s/ Marilyn B. Alcon
                       Deputy Clerk