FILED
DISTRICT COURT OF GUAM
SEP 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>XIAN MEI YU,<br><br>               Defendant. | MAGISTRATE CASE NO. 05-00043<br><br>**ORDER** |

On September 15, 2005, the Defendant filed a Motion for Discovery. (Docket No. 14.) Counsel for the parties are directed to meet and confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many disputes as possible. If counsel are able to settle their differences, they shall so inform the Court by written stipulation no later than September 30, 2005. If counsel are unable to settle their differences, the Court shall hear argument on the motion on Friday, October 7, 2005 at 9:45 a.m. Additionally, if agreement can not be reached, counsel shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and contentions and points and authorities of each party. Said stipulation shall be filed no later than September 30, 2005.

Furthermore, if the discovery disputes are found to be frivolous or based on counsel's failure to cooperate in good faith, sanctions will be imposed at the discretion of the Court.

SO ORDERED this 16th day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge