THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Xian Mei Yu*

FILED
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> XIAN MEI YU, ) <br> ) <br> Defendant. ) <br> _____ ) | MAGISTRATE CASE NO.: 05-00043 <br><br> **REQUEST TO VACATE COURT HEARING FOR DEFENDANT'S MOTION FOR DISCOVERY** |

## REQUEST TO VACATE COURT HEARING FOR DEFENDANT'S MOTION FOR DISCOVERY

**COMES NOW** Defendant, Xian Mei Yu, by and through her attorney, Mark S. Smith, Esq., and hereby provides notice that parties are cooperating with discovery and a hearing for said motion is not necessary at this time. Plaintiff is complying with discovery requests.

Dated this 27th day of September, 2005.

Respectfully Submitted:

9/27/05
Date

_____
**MARK S. SMITH, ESQ.**
Counsel for Defendant, *Xian Mei Yu*

**SO STIPULATED:**

LEONARDO M. RAPADAS
United States Attorney

9/28/05
Date

By: /s/ Karon Johnson
KARON JOHNSON, ESQ.
Assistant U.S. Attorney