THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Xian Mei Yu*

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>XIAN MEI YU, )<br>)<br>Defendants. )<br>_____ ) | MAGISTRATE CASE NO.: 05-00043<br><br><br>**MOTION TO SCHEDULE CHANGE OF PLEA HEARING AND VACATE TRIAL DATE** |

## MOTION TO SCHEDULE CHANGE OF PLEA HEARING AND VACATE TRIAL DATE

**COMES NOW** Defendant, Xian Mei Yu, by and through her attorney, Mark S. Smith, Esq., and moves this Honorable Court to schedule a time for Defendant's change of plea from not guilty to guilty and to vacate the trial date currently scheduled for November 8, 2005 at 9:30 a.m. Defendant has chosen not to accept the written plea agreement offered by the Government.

Dated this 14th day of October, 2005.

By: _____
**MARK S. SMITH, ESQ.**
Counsel for Defendant, *Xian Mei Yu*