THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Xian Mei Yu*

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> XIAN MEI YU, ) <br> ) <br> Defendants. ) <br> _____ ) | MAGISTRATE CASE NO.: 05-00043 <br><br> ORDER |

### ORDER

**IT IS HEREBY ORDERED** that the trial in this matter is vacated and a change of plea hearing is scheduled for _Thursday, Oct. 20, 2005 at 10:00 am_

**SO ORDERED** this _10/17/2005_.

JOAQUIN V.E. MANIBUSAN, JR.
~~HONORABLE~~ MAGISTRATE JUDGE
~~District Judge~~

RECEIVED
OCT 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Criminal cases\Dist Court\Xian Mei Yu:MCN.05-000043
Order

ORIGINAL