```
                IN THE DISTRICT COURT OF GUAM
                       TERRITORY OF GUAM
                   MAGISTRATE CRIMINAL MINUTES
```



**FILED**
DISTRICT COURT OF GUAM

OCT 20 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. MG-05-00043**          **DATE: October 20, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                                      Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:10:07 - 10:27:56**            CSO: L. Ogo

*************************APPEARANCES*****************************

**DEFT: XIAN MEI YU**                               **ATTY: MARK SMITH**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                        AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION: JUDY OCAMPO                         U.S. MARSHAL: G. PEREZ

INTERPRETER: FOO MEE CHUN CLINARD                   LANGUAGE: MANDARIN

**PROCEEDINGS:      CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __28__ SCHOOL COMPLETED: MIDDLE SCHOOL
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: IMPROPER ENTRY BY AN ALIEN
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED:  NO WRITTEN PLEA AGREEMENT    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE:  JANUARY 18, 2006  at  9:30 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE:  DECEMBER 14, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: : _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant entered a straight up guilty plea, no written plea agreement was filed.

Courtroom Deputy: