# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>vs.<br><br>Xian Mei Yu,<br><br>              Defendant. | Case No. 1:05-mj-00043<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry – Change of Plea filed October 20, 2005,* on the dates indicated below:

*U.S. Probation Office*
*October 21, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Minute Entry – Change of Plea filed October 20, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 23, 2005                                             /s/ Marilyn B. Alcon
                                                                                     Deputy Clerk