IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00043 |
| Plaintiff, | ) | |
| vs. | ) | |
| XIAN MEI YU, | ) | **ORDER** |
| Defendant. | ) | |

Due to the scheduling needs of the Court, the sentencing hearing, presently set for January 18, 2006, is hereby moved to Friday, January 13, 2006 at 10:00 a.m.

SO ORDERED this 10th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**