IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**
**SENTENCING**




**MARY L.M. MORAN**
**CLERK OF COURT**

**CASE NO. MG-05-00043**     **DATE: 01/13/2006**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:15:08 - 10:22:12**     CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: XIAN MEI YU**     **ATTY: MARK SMITH**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**     **AGENT:**

**U.S. PROBATION: CARLEEN BORJA**     **U.S. MARSHAL: G. PEREZ / V. ROMAN**

**INTERPRETER: FOO MEE CHUN CLINARD**     **LANGUAGE: MANDARIN**

***

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:     Total offense level:     Criminal History Category:

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Mr. Smith stated that the amount of $1,001.00 in paragraph 36 of the presentence report should read $1,100.00. Probation concurred. No objection by the Government to the correction being made.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Parties adopted the presentence report recommendation.

SENTENCE: MJ-05-00043                    DEFENDANT: XIAN MEI YU

(X) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  TIME SERVED (APPROXIMATELY 132 DAYS).

( ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

(X) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  ONE YEAR .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, SHE SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. THE MANDATORY DRUG TESTING CONDITION IS HEREBY SUSPENDED BASED UPON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3583.

5. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $10.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HER APPEAL RIGHTS. DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL FOR PROCESSING.