# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Xian Mei Yu,<br><br>          Defendant. | Case No. 1:05-mj-00043<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and the Notice of Entry filed January 23, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Mark Smith* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *January 23, 2006* | *January 25, 2006* | *January 24, 2006*<br>*Judgment Only* | *January 23, 2006*<br>*Judgment Only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

**Judgment and the Notice of *Entry filed January 23, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 25, 2006                    /s/ Marilyn B. Alcon
                                                              Deputy Clerk