LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00043 |
| Plaintiff. | |
| vs. | O R D E R |
| XIAN MEI YU, | |
| Defendant. | |

IT IS SO APPROVED AND SO ORDERED that the defendant may enter into an agreement to act as an informer and/or special agent of United States Immigration and Customs Enforcement.

10/25/2006
DATE

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam